IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

RECEIVED
USDC, CLERK, CHARLESTON, SC

2013 JUL 10 A 11: 52

| | |
|---|---|
| Willie Joe Caldwell, #241535, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 4:12-2619-SB |
| Michael McCall, Warden, Lee ) Correctional Institution, ) | **ORDER** |
| Respondent. ) | |

This matter is before the Court upon the Petitioner's motion to reconsider this Court's order denying his section 2254 petition and granting summary judgment in favor of the Respondent. In his motion, the Petitioner repeats his claims–claims this Court rejected in its prior order–and asserts that the Court erred in its interpretation of the relevant cases. The Court has reviewed the record and finds no basis to reconsider, alter, or amend its prior order and judgment, under either Rule 59(e) or Rule 60 of the Federal Rules of Civil Procedure. Accordingly, it is hereby

**ORDERED** that the Petitioner's motion to reconsider (Entry 42) is **DENIED**.

**AND IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

July 10, 2013
Charleston, South Carolina

